## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### District of New York

Index Number: 25-CIV-1903 (RMB) (HJR)

Date Filed: 3/10/2025

Plaintiff:
**January Digital Holdings, Inc.**

vs.

Defendant:
**360Sweater Company LLC D/B/A Naked Cashmere**

For:
Andrew M. Ayers, Esq.
Andrew M. Ayers, P.C.
6800 France Ave. S., Suite 190
Edina, MN 55435

Received by Serves R Us on the 10th day of March, 2025 at 1:11 pm to be served on **360Sweater Company LLC, 2108 N Street STE N, Sacramento, CA 95816**.

I, James Thomas, do hereby affirm that on the **11th day of March, 2025** at **12:20 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Summons,Complaint,Rule 7.1 StatementCivil Cover Sheet,Initial Pretrial Conference Order** with the date and hour of service endorsed thereon by me, to: **Kristie Briggs c/o  NORTHWEST REGISTERED AGENT, INC.** as **Registered Agent** at the address of: **2108 N Street STE N, Sacramento, CA 95816** on behalf of **360Sweater Company LLC**, and informed said person of the contents therein, in compliance with state statutes.

**Service Fee Items:**

| | |
|---|---|
| Registered Agent Serve | $65.00 |
| Total | $65.00 |

I certify that I am over the age of 18, have no interest in the above action, and am a Registered Process Server, in good standing, in the judicial circuit in which the process was served.

**James Thomas**
201541

**Serves R Us**
**National Headquarters**
**717 K Street Ste. 434**
**Sacramento, CA 95814**
**(916) 691-4109**

Our Job Serial Number: SRU-2025000285
Ref: January Digital; 22609

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a