UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANUARY DIGITAL HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> 360SWEATER COMPANY LLC D/B/A NAKED CASHMERE, <br><br> Defendant. | 25 Civ. 1903 (RMB) (HJR) <br><br> **CLERK'S CERTIFICATE OF DEFAULT** |

    I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on March 7, 2025 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant 360Sweater Company LLC d/b/a Naked Cashmere by personally serving Kristie Briggs c/o Northwest Registered Agent, Inc., *and proof of service was therefore filed on March 13, 2025, Doc. # 7.*

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated:    New York, New York
                June 20, 2025

                                          TAMMI M. HELLWIG
                                          Clerk of the Court

                                  By: _____
                                                Deputy Clerk