UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANUARY DIGITAL HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>360SWEATER COMPANY LLC D/B/A NAKED CASHMERE,<br><br>Defendant. | 25 Civ. 1903 (RMB) (HJR)<br><br>ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT |

Upon the Affidavit of Andrew M. Ayers, sworn to the 1st day of July, 2025, and the exhibits annexed thereto, and upon all prior proceedings heretofore had herein, it is

ORDERED, that the above named Defendant, 360SWEATER COMPANY LLC D/B/A NAKED CASHMERE, show cause before this Court, in Courtroom 17B, United States Courthouse, 500 Pearl Street, New York, New York, on July 30, 2025, at 11:00 o'clock in the forenoon of that day, or as soon thereafter as counsel may be heard, why an Order should not be issued pursuant to Rule 54(b) and Rule 55(b) of the Federal Rules of Civil Procedure in favor of Plaintiff, JANUARY DIGITAL HOLDINGS, INC., for the following relief:

1.   Directing that a Default Judgment be entered against Defendant, 360SWEATER COMPANY LLC D/B/A NAKED CASHMERE, in the amount of $143,704.32, plus costs and disbursements of this action; and it is further

ORDERED that service of a copy of this Order and annexed Affidavit and exhibits upon Defendant, 360SWEATER COMPANY LLC D/B/A NAKED CASHMERE, through their registered agent, Northwest_____ on or before the _____ day of July, 2025, shall be deemed good and sufficient service thereof. Any opposition to the entry of a default shall be filed with this Court and served upon Plaintiff's counsel on or before the _____ day of July, 2025.

Dated:     New York, New York
           July _____, 2025

_____
HONORABLE RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE