UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANUARY DIGITAL HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>360SWEATER COMPANY LLC D/B/A NAKED CASHMERE,<br><br>Defendant. | 25 Civ. 1903 (RMB) (HJR)<br><br>**DEFAULT JUDGMENT** |

This action having been commenced on March 7, 2025, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, 360Sweater Company LLC d/b/a Naked Cashmere, on March 11, 2025, by service upon Kristie Briggs c/o Northwest Registered Agent, Inc. as registered agent at the address of 2108 N. Street STE N, Sacramento, CA 95816, and a proof of service having been filed on March 13, 2025, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired; and

Plaintiff having applied to this Court by Order to Show Cause for a default judgment and the Order to Show Cause and the papers upon which it is based having been served upon defendant, 360Sweater Company LLC d/b/a Naked Cashmere, on August 4, 2025, by service upon Ally Alvarez c/o Northwest Registered Agent, Inc., as Registered Agent, and a proof of service having been filed with this Court on August 5, 2025; it is

1

ORDERED, ADJUDGED AND DECREED: That Plaintiff have judgment against defendant in the liquidated amount of $120,000 with monthly interest at 1.5% from February 29, 2024, amounting to $23,704.32 plus costs and disbursements of this action in the amount of $5,472.55 amounting in all to $149,176.87 as of July 1, 2025.

Dated:    New York, New York
          8/13/25

                                              _RMB_
                                              U.S.D.J.

                                              This document was entered on the
                                              Docket on _____.